UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV15-4711-CAS(CJSx) | Date | October 20, 2015 |
| Title | *JOSE JESUS MARTINEZ. v. WELLS FARGO BANK, N.A. et al* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine M. Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - DISMISSAL BY COURT

WHEREAS, on August 31, 2015, the Court granted defendants' motion to dismiss plaintiff's complaint without prejudice. Plaintiff was granted thirty (30) days, up to and including September 30, 2015, within which to amend his complaint.

To date, no amended complaint has been filed.

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITH PREJUDICE**.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |